UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 06- |
| | : | |
| v. | : | Violations: |
| | : | 18 U.S.C. § 1341 (Mail Fraud) |
| | : | 18 U.S.C. § 1343 (Wire Fraud) |
| **JOAQUIM DESOUSA,** | : | 18 U.S.C. § 1029(a)(5) (Credit Card Fraud) |
| | : | 18 U.S.C. § 2 (Causing an Act to be Done) |
| Defendant. | : | 22 D.C. Code § 3212 (First Degree Theft) |
| | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNTS ONE AND TWO - MAIL FRAUD**

At all times material to this Indictment:

1. Defendant JOAQUIM DESOUSA (hereinafter "defendant DESOUSA" or "DESOUSA") lived at 3512 Ely Place, S.E., Unit #3, in Washington, D.C.

2. DESOUSA used a number of different aliases, including, variations of his name, Joaquin Desouza, Jack Sousa and Jack Ford, and stolen identities of persons from whom DESOUSA fraudulently obtained personal information.

3. DESOUSA operated under a number of business names, including, HCI, HCL, HLC, HCC, ICH, Ric-Florist, International Body Massage and New Jack Escort and operated from a number of District of Columbia addresses, including, 3512 Ely Place, Suite 3; 1717 K Street, NW, Suite 600; 1730 K Street, NW, Suite 304; PO Box 1479; 1506 5th Street, NW; 1508 6th Street, NW; and 57 O Street, NW.

4.  Cardservice International (hereinafter "CSI") and Retriever Payment Systems ("RPS") provided credit card processing services to business customers. Using a device known as a point-of-sale terminal, a merchant could swipe a credit card or key in credit card numbers and send, via wire, instructions to CSI or RPS to debit a particular credit card and credit a bank account designated by the merchant.

5.  Defendant DESOUSA, acting as the "merchant," maintained and controlled a number of accounts with CSI and one account with RPS and attempted to obtain more accounts from both.

## The Scheme

6.  Between in or about March 2002 and continuing through in or about July 2004, in the District of Columbia, defendant DESOUSA knowingly devised and intended to devise a scheme and artifice to defraud more than 400 victims and to obtain more than $260,000 in money and property by means of false and fraudulent pretenses, representations and promises.

## Purpose of the scheme

7.  It was the purpose of the scheme for defendant DESOUSA to enrich himself by fraudulently obtaining hundreds of individuals' credit card account numbers and making hundreds of thousands of dollars in unauthorized charges to those accounts.

## Manner and Means

8.  It was part of the scheme that DESOUSA would mail letters via the United States Postal Service and UPS, place notices in local newspapers across the country and advertise over the internet goods (in the form of government grant information), services (in the form of at home massages), and employment opportunities (in the form of envelope stuffing).

9. According to the letters for government grant information the defendant DESOUSA told individuals:

> "I am writing this letter to inform you of the millions of dollars that the government gives away each year to help those in need - especially for those in school. . . . The great thing about it all is the fact that you never have to pay back any of the money that you receive!! HCI INC. finds the grants for you. All you have to do is fill out the application we will send you [and send an $89 application fee] just to inform us of how much money you actually need. That is it!!"

10. DESOUSA created three fraudulent business accounts with UPS to cause UPS to mail more than $40,000 worth of his fraudulent solicitations and did not pay UPS for the service.

11. It was further a part of the scheme that DESOUSA would use his letters, mailed solicitations, telephone solicitations and notices to obtain the credit card account numbers and other personal identification information, including but not limited to dates of birth and social security numbers, of people who responded.

12. It was further a part of the scheme that DESOUSA would make unauthorized charges to these individuals' credit card accounts, using the numbers provided to him, via point-of-sale terminals he fraudulently obtained and kept in his home. These charges would be processed by wires that originated in the District of Columbia and terminated outside the District of Columbia.

13. It was further a part of the scheme that DESOUSA hired one of the people who responded to hire others to stuff envelopes with more notices. Despite promising to do so, DESOUSA never paid the employees that were hired on his behalf.

14. It was further a part of the scheme that DESOUSA, using the personal information that he collected by fraudulent means, created and used false identification cards.

15. It was further a part of the scheme that DESOUSA intentionally passed numerous merchants checks that he knew had insufficient funds for payment or that he had improperly altered.

16. On or about the dates set forth below, in the District of Columbia, defendant Joaquim DESOUSA, using the aliases set forth below, having devised the above described scheme and artifice to obtain money and property by means of false pretenses, for the purpose of executing and in order to effect the scheme and artifice, did knowingly cause to be sent, delivered, and moved by the United States Postal Service the following items:

| COUNT | DATE(S) | NAME USED | ITEM |
|---|---|---|---|
| ONE | 8/1/2002 - 10/1/2002 | HCI | Solicitations offering government information for approximately $89 |
| TWO | 11/28/2003 - 1/5/2004 | Jack Ford | Credit Card Authorization Form to and from Thrifty Nickel Newspaper |

(Mail Fraud, Causing and Act to be Done,
in violation of Title 18, United States Code, Sections 1341 and 2)

## COUNTS THREE THROUGH TWELVE - WIRE FRAUD

1. Paragraphs one through fifteen of Counts One and Two in this Indictment are realleged and incorporated by reference as if set out in full.

2. On or about the dates set forth below, within the District of Columbia and elsewhere, for purposes of executing the above-described scheme to defraud and obtain money or property by means of false pretenses, defendant Joaquim DESOUSA caused to be transmitted by interstate commerce by means of a wire communication, certain writings, signals, pictures, and sounds as set forth below:

| COUNT | DATE(S) | NAME USED | WIRE | PERSON/PARTY CONTACTED |
|---|---|---|---|---|
| THREE | 3/1/2001 | DESOUSA | telephone call to obtain personal information to open Merrill Lynch account | B.R. in Virginia |
| FOUR | 5/29/2002 - 9/27/2002 | DESOUSA | point-of-sale terminal to repeatedly debit First USA credit card belonging to D.D. | First USA Credit Card in New York |
| FIVE | 7/30/2002 | G.M. / ICH Corp. | facsimile of merchant application | Cardservice International in California |
| SIX | 9/16/2002 | G.M. / ICH LLC | facsimile of merchant application | Cardservice International in California |
| SEVEN | 10/15/2002 | Jack Souza / ICH | facsimile of merchant application | Cardservice International in California |
| EIGHT | 10/26/2002 | D.S. | facsimile of credit application | Inland Finance Corporation in Iowa |
| NINE | 10/26/2002 | D.S. / HCC Inc. | facsimile of credit application | Wittern Financial Services in Iowa |
| TEN | 11/7/2002 | D.S. / ICH | facsimile of application for ATM Services | Concord EFS, Inc. / EFS National Bank in Tennessee |
| ELEVEN | 11/12/2003 - 12/7/2003 | DESOUSA | point-of-sale terminal to repeatedly debit credit card belonging to G.H., a resident of California | Citicard Mastercard |
| TWELVE | 12/26/2003 | D.S. / Ric-Florist | facsimile of merchant application | Cardservice International in California |

(Wire Fraud, Causing and Act to be Done,
in violation of Title 18, United States Code, Sections 1343 and 2)

## COUNTS THIRTEEN THROUGH NINETEEN - CREDIT CARD FRAUD

1. Paragraphs one through fifteen of Counts One and Two in this Indictment are realleged and incorporated by reference as if set out in full.

2. On or about the dates set forth below, in the District of Columbia, defendant Joaquim DESOUSA, using the name or alias set forth below, knowingly and with intent to defraud obtained, trafficked and used one or more credit cards issued to other people, and by such conduct, obtained at least $1,000, said trafficking and use affected interstate commerce.

| COUNT | DATES | NAME USED | AMOUNT OBTAINED | CORPORATE VICTIM |
| --- | --- | --- | --- | --- |
| THIRTEEN | 3/9/2002 - 6/26/2002 | Jack Sousa / HCC Inc. | $17,329 | Cardservice International in California |
| FOURTEEN | 4/26/2002 - 6/10/2002 | R.D. / HCC Ltd. | $5,364 | Retriever Payment Systems in California |
| FIFTEEN | 7/30/2002 - 9/19/2002 | G.M. / ICH Corp. | $12,810 | Cardservice International in California |
| SIXTEEN | 8/27/2002 - 9/24/2002 | L.G.M. / ICH Ltd. | $2,628 | Cardservice International in California |
| SEVENTEEN | 12/5/2002 - 1/21/2003 | D.S. / International Body Massage | $3,950 | Cardservice International in California |
| EIGHTEEN | 12/5/2002 - 1/22/2003 | D.S. / New Jack City | $8,522 | Cardservice International in California |
| NINETEEN | 10/8/2003 - 12/10/2003 | C.S. / HLC | $1,450 | Cardservice International in California |

(Credit Card Fraud, Causing and Act to be Done,
in violation of Title 18, United States Code, Sections 1029(a)(5) and 2)

## COUNT TWENTY - FIRST DEGREE THEFT

1. Paragraphs one through fifteen of Counts One and Two in this Indictment are realleged and incorporated by reference as if set out in full.

2. From on or about September 6, 2002 through on or about March 8, 2003, within the District of Columbia, defendant Joaquim DESOUSA, wrongfully obtained and used property of a value of $250 or more, to wit more than $45,000, belonging to the United Parcel Service, consisting of mail service, with the intent to appropriate the property for his own use and to deprive the United Parcel Service of a right to and benefit of the property. In Violation of Title 22 D.C. Code § 3212(a) (2001 ed.), First Degree Theft.

TRUE BILL

FOREPERSON

Attorney for the United States in

And for the District of Columbia