WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-294 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| JOAQUIM DESOUSA | JOAQUIM DESOUSA | |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | FILED FEB 1 3 2007 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

MAIL FRAUD
WIRE FRAUD
CREDIT CARD FRAUD
CAUSING AN ACT TO BE DONE
FIRST DEGREE THEFT

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §(s) 1341; 1343; 1029(a)(5); 2 and 22 D.C. Code §§ 3212

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: U.S. MAGISTRATE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) MAGISTRATE JUDGE DEBORAH ROBINSON | DATE ISSUED: 10/3/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 10/3/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 2-13-07 | NAME AND TITLE OF ARRESTING OFFICER D.L. BALDWIN SDUSM - USMS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2-13-07 | | |

1224669