UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  :

      Plaintiff,  :

v.  :   Criminal Action No. 06-294 (JDB)

JOAQUIM DESOUSA,  :

      Defendant.  :

## ORDER

Upon the oral motion of defendant ____JOAQUIM DESOUSA____, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from ____2/21/07____ through and including ____3/7/07____, shall be excluded in computing the date for speedy trial in this case.

Dated: ____Feb. 21, 2007____

                                        JOHN D. BATES
                                      United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States