UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-294 (JDB) |
| JOAQUIN DESOUSA, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE
AND ADDITIONAL WAIVER OF SPEEDY TRIAL TIME**

The parties respectfully submit this Joint Motion to Continue Status Conference and Additional Waiver of Speedy Trial Time.  By this motion, the parties are requesting that the Court continue the status conference currently scheduled for March 22, 2007 at 9:30 a.m.  The parties are discussing a possible disposition of this matter and do not believe they would have anything meaningful to report to the Court on March 22nd.  The parties are therefore respectfully requesting a continuance of approximately two (2) weeks in order to make further progress in this case before returning to Court.

Mr. DeSousa understands his rights under the Speedy Trial Act and agrees to waive the time between March 22, 2007 and the rescheduled date for the status conference in order to obtain the relief requested by this Motion.  Because the parties are working on a possible disposition of this case, the parties also respectfully submit that a waiver of speedy trial time is in the interests of justice.

WHEREFORE, the parties request that the Court continue the status conference scheduled for March 22, 2007 for approximately two weeks.

Respectfully submitted,


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
<u>Counsel for Joaquin DeSousa</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-294 (JDB) |
| **JOAQUIN DESOUSA,** | ) ) ) | |
| **Defendant.** | ) ) | |

### ORDER

Upon consideration of the parties Joint Motion to Continue Status Conference, and for good cause shown, it is hereby

**ORDERED** that the Status Conference in this case is rescheduled for

_____, 2007 at _____ am/pm.


                                                                                     _____
                                                                                     The Honorable John D. Bates

**DATE:**

Copies to:
    Jonathan Jeffress, AFPD
    Roy Austin, AUSA