UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-294 (JDB) |
| ) | |
| JOAQUIM DESOUSA, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO VACATE CONDITION OF RELEASE AND
CHANGE REPORTING REQUIREMENT TO WEEKLY TELEPHONIC REPORTING**

    Mr. Joaquim DeSousa, the defendant, though undersigned counsel, respectfully submits this unopposed motion to vacate a condition of his release and change Mr. DeSousa's reporting requirement to weekly telephonic reporting, rather than face-to-face.

    1.    By this motion, defendant seeks to modify his conditions of release in two ways. First, the defense requests that the Court vacate the drug-testing condition of his release, as there is no evidence of drug use by Mr. DeSousa at any time.[1]  Second, the defense requests that the Court change Mr. DeSousa's weekly reporting requirement to telephonic reporting, as opposed to the face-to-face condition that Mr. DeSousa is currently under.  Mr. DeSousa lives in Baltimore, Maryland, and the face to face reporting condition accordingly requires a long commute every week.

    2.    Undersigned counsel has contacted the government and pretrial services about this Motion.  Neither oppose any of the relief requested in this Motion.

---

[1]    Mr. DeSousa has submitted to drug testing on five occasions in this case.  All tests have been negative for the presence of illegal drugs.

WHEREFORE, the defendant respectfully requests that the Court enter the attached Order vacating defendant's drug testing requirement and changing Mr. DeSousa's reporting requirement to weekly telephonic reporting, rather than face-to-face.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
Counsel for Joaquin DeSousa
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-294 (JDB) |
| JOAQUIM DESOUSA, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of defendant's Unopposed Motion to Vacate Condition of Release and Change Weekly Reporting Requirement to Telephonic Reporting, and for good cause shown, it is hereby

**ORDERED** that Motion is **GRANTED**. Defendant's drug testing condition of release is **VACATED**, and defendant may now report to Pretrial Services weekly by telephone, as opposed to face to face.

_____
The Honorable John D. Bates

**DATE:**

Copies to:
    Jonathan Jeffress, AFPD
    Roy Austin, AUSA