UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-294 (JDB)
)
JOAQUIM DESOUSA, )
)
Defendant. )
)

ORDER

Upon consideration of defendant's Unopposed Motion to Vacate Condition of Release and Change Weekly Reporting Requirement to Telephonic Reporting, and for good cause shown, it is hereby

**ORDERED** that Motion is **GRANTED**. Defendant's drug testing condition of release is **VACATED**, and defendant may now report to Pretrial Services weekly by telephone, as opposed to face to face.

_____
The Honorable John D. Bates

DATE: April 16, 2007

Copies to:
    Jonathan Jeffress, AFPD
    Roy Austin, AUSA