UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No. 06-294 |
| v. | : | |
| | : | **FILED** |
| **JOAQUIM DESOUSA,** | : | APR 2 5 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

### STATEMENT OF FACTS

Joaquim DeSousa defrauded more than 400 people by placing advertisements in local newspapers and over the internet offering employment, financial information and at-home massages. Instead of providing the promised information or service, the defendant misappropriated the individuals' personal information in order to open credit accounts or make unauthorized charges. The defendant used a number of aliases (Joaquin Desouza; Jack Sousa; Jack Ford), created a number of business names (HCI, HCL; HCC; New Jack Escort), operated from a number of DC addresses (                                                                                               , NW), and used at least two DC phone numbers (

In August 2002, using the business name "HCI," the defendant placed an advertisement in the Thrifty Nickel, a Virginia-based newspaper, offering "grant information" for a fee of $89.95. Niki Beal, a resident of Jamestown, TN, answered the ad and mailed, as directed, via US mail, a check for $89.95 to HCI at                                            . The defendant contacted Beal and directed her to a website where she could obtain grant information.

Still in August 2002, the defendant contacted Beal and offered her a job. Beal accepted and the defendant instructed Beal to set up a local voice mail line, stuff envelopes with advertisements for HCI, advertise HCI in a local newspaper and hire 100 people to also stuff envelopes. Beal repeatedly spoke to the defendant at the phone number he provided. As instructed, Beal advertised in a local newspaper after setting up an account for HCI and hired a number of people who paid Beal a $20 security deposit to work for the defendant. The defendant promised Beal that he would pay each of her employees a commission for each $89.95 he received. The defendant never paid any of Beal's employees, never refunded any of the employees' $20 security deposits and never paid the local newspaper for the HCI advertisements.

The defendant used UPS to ship the majority of his solicitation letters. In September 2002, the defendant opened up 3 UPS accounts in the name of HCC Corp using different pick-up and billing addresses. Through March 2003, the defendant sent over 5,500 second day air letters for which UPS charged him $47,591.09. The defendant paid UPS $138.74.

On October 7, 2002, the defendant sent Inland Finance Corporation ("IFC"), a company that provided credit services to small businesses, a credit application. IFC denied the application citing the defendant as a high-risk. Through his scheme using Beal, the defendant obtained an employment application from Donald Shirk of Jamestown, TN which included Shirk's social security number. On October 26, 2002, using Shirk's name and social security number without Shirk's permission, the defendant sent a new application to IFC using the IFC granted the application. On November 7, 2002, again using Shirk's name and SSN, the defendant applied for automated teller machine ("ATM") services from Concord EFS, Inc. ("Concord"). Concord granted the application. The defendant obtained services from Concord

and "paid" for the services using an altered Merrill Lynch check from the defendant's own account. The payment checks bounced.

The defendant used Shirk and others who sent him their SSNs (Gary Wells, Gale Murphy, Carol Scoggins) to open fraudulent merchant accounts with Cardservice International ("CSI") and Retriever Payment Systems ("RPS"). CSI and RPS provided the defendant with point-of-sale credit card scanning terminals. Pretending to be a legitimate merchant, the defendant would key in small transactions ($20 - $40) charging credit card numbers that he fraudulently obtained from his newspaper and internet advertisements. CSI and RPS would transfer the transaction amount, minus a small processing fee, into the defendant's bank merchant account. This scam worked because the majority of people did not question/dispute the $20 - $40 charges that appeared on their credit card statements. The defendant opened or attempted to open 10 accounts with CSI and RPS through which he processed over 800 credit card numbers and fraudulently charged over $52,000.

In November 2003, Gregg Hungerford was victimized by the defendant. While living in California, Hungerford found the defendant's at-home massage company HLC on the internet. Hungerford called the listed telephone number and scheduled a service. The defendant sent Hungerford a service contract on which Hungerford provided his address and credit card number authorizing a $178 charge. The defendant never provided Hungerford with the massage service. On subsequent credit card statements, Hungerford had the charge of $178 from HLC and also $558.90 on November 28, $380 and $27.30 on December 5, 2003. Hungerford disputed all of the charges. Some of these charges were to pay for the defendant's advertisements in the Thrifty Nickel newspaper which, nonetheless, ended up suffering losses of approximately $1645 from

unpaid advertising.

The defendant acknowledges that he committed each of the specific acts described in counts one and two and four through nineteen.