IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 06-294 (JDB) |
| JOAQUIM DESOUSA, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Notice of Substitution of Counsel and Appearance. Please enter the appearance of Assistant United States Attorney Michael K. Atkinson as lead attorney in the above referenced matter in place of Assistant United States Attorney Roy L. Austin, Jr., who has left the United States Attorney's Office.

Respectfully submitted,

JEFFREY A. TAYLOR
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____/s/_____
Michael K. Atkinson
Bar Number 430517
Assistant United States Attorney
United States Attorney's Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702
(202) 307-2304 (fax)

DATED: June 5, 2007