UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-294 (JDB) |
| | : | |
| v. | : | |
| | : | UNSEALED  ~~UNDER SEAL~~ |
| JOAQUIM DESOUSA, | : | |
| | : | FILED |
| Defendant. | : | AUG 27 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**GOVERNMENT'S MOTION TO SEAL ITS *EX PARTE* EMERGENCY MOTION TO REVOKE DEFENDANT'S RELEASE PENDING SENTENCING AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to place under seal until further order of the Court the Government's Motion to Seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing, and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters. In support of its motion, the Government states as follows:

1. On April 25, 2007, the defendant, Joaquim DeSousa, pleaded guilty to counts one and two and four through nineteen of the indictment charging mail fraud, wire fraud and credit card fraud. The sealing is necessary because the Government recently obtained information that the defendant communicated an intent to leave the country for an extended period and, in the process, apparently attempted to defraud a company out of approximately $83,000. In addition, after agreeing as a condition of bond to close out any websites related to automated teller machines ("ATMs") and not to violate any state or federal laws, the defendant (1) continued to operate an ATM-related website, and (2) operated that website in a fraudulent manner. Disclosure of the information underlying the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing would not be in the interest of the Government

or the public. Accordingly, it is essential that any information concerning the fact of the Government's knowledge that the defendant may be attempting to flee the jurisdiction be kept sealed for the time being.

2. Based on the nature of the defendant's plea agreement in which the defendant has stipulated, among other things, to a total offense level of 20 and a sentencing range of 33-41 months imprisonment, the government submits that public disclosure of the information contained in the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing would likely compromise the ability of the Government to secure the defendant's appearance at sentencing. Public notice of the filing of the sealed pleadings may also present a substantial risk to the personal safety of law enforcement officials attempting to lawfully secure the defendant's appearance at sentencing.

3. Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing, but also a delay in the public docketing of the filing of the sealed Motion and the accompanying order until the defendant's personal appearance at sentencing has been secured. See <u>Washington Post</u> v. <u>Robinson</u>, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, the Government respectfully requests that its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing, the instant Motion to Seal, and all other pleadings and filings made in connection with these Motions, be placed under seal until further Order of the Court.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
United States Attorney's Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702
(202) 307-2304 (fax)

DATED: August 27, 2007