## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Criminal No. 06-294 (JDB)** |
| | : | |
| v. | : | |
| | : | UNDER SEAL   **FILED** |
| JOAQUIM DESOUSA, | : | *UNSEALED* |
| | : | AUG 2 8 2007 |
| Defendant. | : | |

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

### ORDER TO SEAL

Upon motion of the United States of America, good cause having been shown, it is hereby

ORDERED that the government's Motion to Seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and to delay entry on the public docket of the filing of this motion to seal is GRANTED.

It is further

ORDERED that this Order, and the attached government motion to seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's *Ex Parte* Emergency Motion to Revoke Defendant's Release

Pending Sentencing, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in connection with these Motions until further order of this Court.

It is further

ORDERED, that the government notify the Court as soon as the need for sealing no longer exists.

Entered in Washington, D.C., this **27**<sup>th</sup> Day of August, 2007.

_____
JUDGE JOHN D. BATES
UNITED STATES DISTRICT COURT

cc:    Michael K. Atkinson
       Assistant United States Attorney
       United States Attorney's Office
       555 Fourth Street, N.W., Room 5915
       Washington, D.C.  20530

2