UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

v.

JOAQUIM DESOUSA,

Defendant.

Criminal No. 06-294 (JDB)

UNDER SEAL

UNSEALED

FILED
AUG 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's ex parte emergency motion to revoke defendant's release pending sentencing pursuant to 18 U.S.C. §§ 3143(a) and 3148(b), and the declaration of Special Agent Mathew Luczak, the Court has on this 27th day of August 2007 issued a bench warrant for defendant's arrest because of the risk of flight presented and the alleged violation of defendant's conditions of release. The Court will delay ruling on the government's motion for revocation until a hearing on the motion has been held. Accordingly, it is hereby

**ORDERED** that the government's request for issuance of a bench warrant is **GRANTED**; and it is further

**ORDERED** that the government shall promptly notify the Court of the execution of the bench warrant by contacting Deputy Clerk Tim Bradley at (202) 354-3162, at which time a hearing will be held and (it is anticipated) the matter will be unsealed.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

AUSA Michael Atkinson