UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-294 (JDB) |
| v. | : | |
| JOAQUIM DESOUSA, | : | UNDER SEAL / UNSEALED |
| Defendant. | : | |

FILED
AUG 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S MOTION TO UNSEAL ITS *EX PARTE* EMERGENCY MOTION TO REVOKE DEFENDANT'S RELEASE PENDING SENTENCING AND ALL RELATED MATTERS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the Government's Motion to Seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and all related matters. In support of its motion, the Government states as follows:

1. On April 25, 2007, the defendant, Joaquim DeSousa, pleaded guilty to counts one and two and four through nineteen of the indictment charging mail fraud, wire fraud and credit card fraud.

2. On August 27, 2007, the Government filed concurrently (a) an *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing, and (b) a Motion to Seal the *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and to delay entry on the public docket of the filing of this motion to seal.

3. On August 27, 2007, the Court (a) granted, in part, the *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing, and (b) granted the Motion to Seal. At the same time, the Court issued a bench warrant for the defendant's arrest.

4.      On August 29, 2007, the bench warrant was executed and the defendant was taken into custody. A hearing on the Government's request that the Court revoke the defendant's release pending sentencing has been scheduled for tomorrow, August 30, 2007, at 9:15 a.m.

5.      Given the execution of the bench warrant, together with the hearing scheduled for tomorrow morning, the Government submits that there no longer exists a need to keep this matter under seal. In addition, the Government seeks to unseal the matter in order to provide the defendant's counsel in advance of the hearing with a copy of the Government's *Ex Parte Emergency Motion to Revoke Defendant's Release Pending Sentencing* and supporting materials.

WHEREFORE, the Government respectfully requests that this Court unseal the *Ex Parte Emergency Motion to Revoke Defendant's Release Pending Sentencing*, the Motion to Seal, and all other pleadings and filings made in connection with these Motions.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
United States Attorney's Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702
(202) 307-2304 (fax)

DATED: August 29, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-294 (JDB) |
| v. | : | UNSEALED |
| JOAQUIM DESOUSA, | : | |
| Defendant. | : | |

### ORDER TO UNSEAL

Upon motion of the United States of America, good cause having been shown, it is hereby

ORDERED that the government's Motion to Unseal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and all Related Matters is GRANTED.

It is further

ORDERED that this Order, the Government's motion to seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and to delay entry on the public docket of the filing of the motion to seal shall, the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and all related materials shall be unsealed.

Entered in Washington, D.C., this ____ Day of August, 2007.

_____
JOHN D. BATES
United States District Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5915
Washington, D.C. 20530
(202) 616-3702 (phone)
(202) 307-2304 (fax)
Michael.Atkinson2@usdoj.gov