## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

       v. :

JOAQUIM DESOUSA, :

       Defendant. :

:

:

:

:

Criminal No. 06-294 (JDB)

# FILED

AUG 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO UNSEAL

Upon motion of the United States of America, good cause having been shown, it is hereby

ORDERED that the government's Motion to Unseal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and all Related Matters is GRANTED.

It is further

ORDERED that this Order, the Government's motion to seal its *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and to delay entry on the public docket of the filing of the motion to seal ~~shall~~, the Government's *Ex Parte* Emergency Motion to Revoke Defendant's Release Pending Sentencing and all related materials shall be unsealed.

Entered in Washington, D.C., this **29** Day of August, 2007.

_____
JOHN D. BATES
United States District Judge

cc:   Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 Fourth Street, N.W., Room 5915
     Washington, D.C.  20530
     (202) 616-3702 (phone)
     (202) 307-2304 (fax)
     Michael.Atkinson2@usdoj.gov