UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-294 (JDB) |
| ) | |
| JOAQUIM DESOUSA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONVERT
SENTENCING DATE TO STATUS CONFERENCE**

Defendant, Joaquim DeSousa, through undersigned counsel, respectfully submits this Motion to convert the September 10, 2007 sentencing date to a status conference. In support of this Motion, undersigned counsel respectfully submits as follows:

1. First, the Presentence Report in this case is currently in a state of flux. Based on recent allegations concerning Mr. DeSousa's conduct while on Pretrial release concerning various bank accounts and ATM machines–allegations that have not been tested in Court and that the defense has had no opportunity to respond to–the probation officer has taken away Mr. DeSousa's credit for acceptance of responsibility and added an enhancement for obstruction of justice.[1] The result has been a dramatic increase in Mr. DeSousa's purported Guidelines range. The defense needs additional time to investigate these allegations and to respond. Furthermore, the defense respectfully submits that the Court will require additional time for an evidentiary hearing, if probation and/or the government seeks to pursue these adjustments to Mr. DeSousa's Guidelines range.

---

[1]   The draft version of the PSR did not include either of these adjustments.

2.	Second, based on defense counsel's information, Mr. DeSousa will be reporting to Court on September 10, 2007. While the Court may therefore address the status of Mr. DeSousa's pretrial release on that day, the parties will require additional time to evaluate whether recent events should have any impact on the parties' respective sentencing positions.

3.	Finally, undersigned counsel is scheduled to begin a complex bankruptcy fraud trial on September 18, 2007 before the Honorable Paul L. Friedman. Counsel does not have adequate time at this moment to file a Memorandum in Aid of Sentencing addressing all of the issues surrounding Mr DeSousa's sentencing.

4.	As noted, AUSA Michael Atkinson has no objection to this Motion.

WHEREFORE, the defense respectfully requests that the September 10, 2007 sentencing date be converted to a status conference. As noted, the defense expects Mr. DeSousa to be in Court on that day.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
<u>Counsel for Joaquin DeSousa</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>JOAQUIM DESOUSA,          )<br>)<br>Defendant.    )<br>) | Crim. No. 06-294 (JDB) |

**ORDER**

Upon consideration of defendant's Unopposed Motion to Convert Sentencing Date to Status Conference, and for good cause shown, it is hereby

**ORDERED** that the September 10, 2007 status conference is hereby converted to a Status Conference.

_____
The Honorable John D. Bates

**DATE:**

Copies to:
    Jonathan Jeffress, AFPD
    Michael Atkinson, AUSA