WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOAQUIM DESOUSA<br><br>DOB:            PDID# | DOCKET NO: 06-294 | MAGIS. NO: 04-537 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |

FILED
SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WARRANT ISSUED ON THE BASIS OF:
[X] Order of Court
[ ] Indictment
[ ] Information
[ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

MAIL FRAUD
WIRE FRAUD
CREDIT CARD FRAUD
CAUSING AN ACT TO BE DONE
FIRST DEGREE THREFT

*(Stamped across document: QUASH)*

IN VIOLATION OF — UNITED STATES CODE TITLE & SECTION: 18 USC 1341; 1343; 1029(a)(5); 2 and 22 D.C. Code 3212

BAIL FIXED BY COURT:

OTHER CONDITIONS OF RELEASE:

ORDERED BY: John D. Bates

JUDGE/MAGISTRATE JUDGE: JOHN D. JDB (Bates, J.)

DATE ISSUED: 08/30/07

CLERK OF COURT: Nancy Mayer-Whittington

BY DEPUTY CLERK: (TIM BRADLEY)

DATE: 08/33/07

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |